FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

DENT      20240080385
(Last Name)    (Identification Number)

Robert      LEON
(First Name)    (Middle Name)

Rankin County Jail
(Institution)

221 N. Timber St Brandon MS 39042
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
DEC 27 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

V.    CIVIL ACTION NUMBER: **3:24-cv-839-TSL-MTP**
(to be completed by the Court)

Bryan Bailey

Richard Redfern

John K. Bramlett, Jason McQueary

Jadonn Wallace, Michelle Adcock
(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (✓)    No ( )

B. Are you presently incarcerated?
    Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
    Yes ( )    No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: ROBERT LEON DENT    Prisoner Number: 2024080335

Address: 221 N. Timber St Brandon Ms. 39042 Rankin County Jail  Cell # 2-60  Dorm # 220 Protective Custody Dorm.

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Bryan Bailey    is employed as SHERIFF DEPUTY    at Rankin County Sheriff Department

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: ROBERT LEON DENT AKA D.C.

ADDRESS: 221 N. Timber St Brandon Ms. 39042

DEFENDANT(S):

| NAME | ADDRESS |
|---|---|
| Bryan Bailey | 221 N. Timber St Brandon Ms. 39042 |
| Jason McQueary | 221 N. Timber St Brandon Ms. 39042 |
| Jadonn Wallace | 2561 Old Brandon Rd. Pearl Ms. 39208 |
| Richard Redfern | 2561 Old Brandon Rd. Pearl Ms. 39208 |
| John Bramlett | 215 E Government St 2nd Floor Brandon Ms. 39042 |
| Michelle AdCock | 215 E Government St Brandon Ms. 39042 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

ROBERT LEON DENT VS

**CASE NUMBER 1.**
1. Parties to the action: Richard Redfern, Michelle Adcock, Bryan Bailey, officer Wallace, John Bramlett, Jason McQueary.
2. Court (if federal court, name the district; if state court, name the county): Federal District Court 501 E Court St Jackson Ms. 39201
3. Docket Number: 3:24-cv-00660 TSL-ASH
4. Name of judge to whom case was assigned: PENDING Information
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) CASE PENDING...

**CASE NUMBER 2.**
1. Parties to the action: ROBERT LEON DENT vs DENVER HEALTH and DENVER SHERIFF.Org Department
2. Court (if federal court, name the district; if state court, name the county): FEDERAL 901 19th Street Denver Colorado District Court
3. Docket Number: 00-cv-490
4. Name of judge to whom case was assigned: Gallagher
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On August 23rd 2024 I was Arrested by Several Pearl Police officers for No Reason Pearl Police officer Wallace, who's full Name is Jadonn Wallace Assaulted Me in the Backseat of his Police Cruzer in Family Dollar Parking Lot on Hwy 80 in Pearl Claiming I had Recieved Stolen Property At which at the time I didn't know I had recieved stolen property or if the property was even stolen. So I was later Transported To Rankin County Jail and Unexpectally put on Suicide watch for No Reason. Afterward Three days Later —

SEE NEXT page.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I would like to have the U.S. Marshall to Keep me Secured until I'm Released from This Location. I'll Need To Subpeona all Camera Footage from when Excessive Force was Committed Against me $5 Million Dollar Moneytary Damage.

Signed this 17th day of December, 2024

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff