Sargeant Jason McQueary came to Dorm 213 Cell # 1-34 where I was Housed and Took ME To Booking After dressing me out in Red and White Stripes He Took my picture and fingerprinted me on A Dry Book into Rankin County System Then Jason McQueary USED Exessive Force Against me by first putting me in Hard Cuffs restraints Then next pushing me into Every door, wall, and whatever he can find all the way back To my Cell # 1-34 on dorm 213 where the Jail Staff Had me Held on Suicide for No Reason. Then I went to Court where I suppose to have had my preliminary Hearing and Sent Home on Lack of Evidence because the charge wasn't valid which means I was Setup, with No Evidence on Recieving Stolen Property Richard Redfern SET my Bond upto 250,000 and bounded me over to the GrandJury. Which is Excessive Bail. All This is because I have A MASON Signal To my Presents and I'm being discriminated Against because of this Signal.

So while Held at Rankin County jail I've filed Several Motions on Case 24-20077 To Attempt To GET This bogus Case Dropped Because I knew I was Setup for this Signal to my Presents. So I filed A Motion To Quash Evidence and A Motion To Dismiss Case Several Attempts to John Bramlett at 215 E Government St Brandon MS and To Michelle Adcock at 215 E Government St Brandon MS with No Response Once in September next in October then in November. Everytime I filed I put on the back of Each Motion To SEND

me A filed Copy of Each Motion with An Extra Copy of A Case Docket Summary To Show the History of Everythang I've filed. WITH No Response To me on NIETHER Attempt. IN Fact I put This Last Lawsuit in Bryan Bailey as A DEFENDANT Name because while I'm Held in This Location The Employees who's Having Authority over me Daily is on His pay Roll. The Signal is Still To my presents and I'm Held on protective Custody for the SAFETY of my Life. There are Government Agents Here To keep me protected but it's A Catch To That because MAN's ARE Showing up DAILY To Try To kill me with A OREGO Assault wrifle and Somehow Everytime I file A Motion to Rankin County Court These people come here after me and formed up around me To Take my Life All why Bryan Bailey is Sheriff Here but Nobody is pursuing charges on Stalking or Attempted Murder or Conspiracy to Commit Murder Toward ROBERT LEON DENT.

Also The Court Hasn't Ruled on the Motion's or they Haven't SET A Motion Hearing Date To BE Heard in Court or Not yet Dismiss The Charges. I'm SETUP and HELD until they kill me in Jail, I HEARD I'm not gonna make it OUT THAT's why I NEED THE U.S. MARSHALS.

P.S. H filed A Lawsuit Toward Bryan Bailey Ealier THIS year
3:24-cv-00660 TSL ASH
what HAPPENED I don't know.

P.S. My Cell # 2-60 Dorm # 221