Rebel Dept # 2024/00505
221 Timber St
Brandon MS. 39049
RANKIN County Jail
Dorm # 221  Cell # 2-60

JACKSON MS 390
24 DEC 2024 PM 2

US POSTAGE PITNEY BOWES
ZIP 39042 $ 000.69
02 4W
0000373270 DEC 23 2024



UNITED STATES District COURT
501 E COURT ST  2.500 Suite
JACKSON MS. 39201

RECEIVED
DEC 27 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

**RANKIN COUNTY JAIL
INMATE MAIL**

39201-502299



