UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF ASSIGNMENT

Date case was filed: December 27, 2024

Your case against Bryan Bailey, et al., has been assigned Civil Action No.3:24-cv-839-TSL-MTP and has been referred to the following Judges:

| District Judge | | Magistrate Judge |
|---|---|---|
| ☐ Henry T. Wingate | X | Michael T. Parker |
| ☐ Daniel P. Jordan III | ☐ | LaKeysha Greer Isaac |
| ☐ Sul Ozerden | ☐ | Andrew S. Harris |
| ☐ Carlton W. Reeves | ☐ | Robert P. Myers, Jr. |
| ☐ Kristi H. Johnson | ☐ | Bradley W. Rath |
| ☐ Taylor B. McNeel | | |
| ☐ David Bramlette, III (Senior Judge) | | |
| X Tom S. Lee (Senior Judge) | | *Division* |
| ☐ Louis Guirola, Jr. (Senior Judge) | | Clerk's Office, Northern Division |
| ☐ Keith Starrett (Senior Judge) | | 501 E. Court Street, Suite 2.500 |
| | | Jackson, MS  39201 |

It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.

If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope.  If you do not send an extra copy of the documents and a stamped self-addressed envelope, this Court will be unable to return a copy to you.

NOTICE FOR CHANGE OF ADDRESS:   When there is a change of address for the plaintiff, the plaintiff must notify this Court in writing in a separate document with the following specific information:   (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff; and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.

PSP

Rev. 03/2024