IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT LEON DENT, # 2024080385**                  **PLAINTIFF**

**VERSUS**                                **CAUSE NO. 3:24cv839-TSL-MTP**

**BRYAN BAILEY, RICHARD REDFERN,
JOHN K. BRAMLETT, JASON
MCQUEARY, JADONN WALLACE, and
MICHELLE ADCOCK**                              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court on pro se plaintiff Robert Leon Dent's application [3] for leave to proceed <u>in forma pauperis</u>. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case should be and is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 20th day of March, 2025.

                                     /s/ Tom S. Lee
                                     UNITED STATES DISTRICT JUDGE